IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| GERALD S. BLANCHARD, JR., <br><br> Plaintiff <br><br> VS. <br><br> ALEXIS E. L. CHASE, *et al.*,. <br><br><br> Defendants | <br><br><br><br> NO. 5: 07-CV-241 (car) <br><br><br><br> **PROCEEDINGS UNDER 42 U.S.C. §1983** <br> **BEFORE THE U. S. MAGISTRATE JUDGE** |

## O R D E R

Before the court is plaintiff's **REQUEST FOR CORRECTION OF CIVIL DOCKET/RECORD**. Tab #15. Upon review of this request, the same is GRANTED to the extent that:

(1) plaintiff's request for a jury trial is noted; and,

(2) the Clerk is directed to change the name of defendant BINNS on the docket sheet from Mr. Binns to Mrs. Binns;

Plaintiff's documentary evidence attached as part of his Supplemental Complaint (Tab #6) has already been docketed as a public document due the manner in which it was submitted by plaintiff, and any request to now separate it from the Supplemental Complaint and re-label it as exhibits is DENIED. Nevertheless, the court will consider plaintiff's attachments at the appropriate time.

All other requests have already been dealt with in the undersigned's Order and Recommendation (Tab #11) and no further relief is granted.

SO ORDERED AND DIRECTED, this 11th day of FEBRUARY, 2008.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE