# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| GERALD S. BLANCHARD, | : | |
| Plaintiff, | : | Civil Action |
| | : | No. 5:07-cv-241 (CAR) |
| v. | : | |
| ALEXIS E. L. CHASE, *et al.*, | : | |
| Defendants. | : | |

## ORDER ON RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the Recommendation of the United States Magistrate Judge (Doc. 11) that certain claims in this action be dismissed. Plaintiff has entered his objections to the Recommendation (Doc. 18). Upon review of Plaintiff's objections and a de novo review of the case file and the relevant legal authorities, the Court agrees with the reasoning and findings of the Recommendation and it is hereby **ADOPTED** and made the Order of the Court. Accordingly, all claims against Defendants Georgia Department of Corrections, John/Jane Doe at the Georgia Department of Corrections, John/Jane Doe at American Amenities, Inc., and James E. Donald are **DISMISSED**. In addition, Plaintiffs claims related to verbal abuse, the grievance process, and general conditions of confinement are **DISMISSED**. Plaintiff may go forward with claims against Defendants Wright, Williams, Binns, Grable, and Harrison related to alleged sexual abuse, with claims against Defendants Chase, Williams, and Binns related to retaliation, and with claims against Defendant Goel related to his toothpaste and lack of medical care.

**SO ORDERED**, this 27th day of February, 2008.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE