THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **GERALD S. BLANCHARD,** | : | |
| | : | |
| Plaintiff, | : | Civil Action |
| | : | No. 5:07-cv-241 (CAR) |
| v. | : | |
| | : | |
| **ALEXIS E. L. CHASE, *et al.*,** | : | |
| | : | |
| Defendants. | : | |
| | : | |

*ORDER ON THE REPORT AND RECOMMENDATION OF*
*THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the Recommendation of the United States Magistrate Judge (Doc. 61) that Plaintiff's Motion for Temporary Restraining Order/Preliminary Injunction be denied. Plaintiff has entered his Objection to the Recommendation (Doc. 62). Upon review of the Recommendation and of Plaintiff's Objection, the Court agrees with the reasoning and findings of the Recommendation and it is hereby **ADOPTED** and made the Order of the Court. Plaintiff has failed to show that he has a substantial likelihood of success on the merits, and therefore is not entitled to preliminary injunctive relief. Accordingly, Plaintiff's Motion for Temporary Restraining Order/Preliminary Injunction (Doc. 21) is **DENIED**.

**SO ORDERED**, this 28th day of March, 2008.


S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

chw