Case 5:07-cv-00241-CAR-CWH   Document 80   Filed 09/25/08   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **GERALD BLANCHARD, JR.** | : | |
| **Plaintiff,** | : | |
| vs. | : | 5:07-cv-241 (CAR) |
| **ALEXIS CHASE, et al.,** | : | |
| **Defendants.** | : | |

## *ORDER ON THE REPORT AND RECOMMENDATION*
## *OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is a Report and Recommendation (Doc. 78) from United States Magistrate Judge Claude W. Hicks, Jr., which recommends granting in part and denying in part Defendants' Motion to Dismiss (Doc. 35). Although no Objections have been filed within the time allowed, the Court, pursuant to 28 U.S.C. § 636(b)(1), has thoroughly reviewed the relevant filings and agrees with the conclusion reached by Judge Hicks. Accordingly, the Recommendation is **ACCEPTED**, and Defendants' Motion to Dismiss (Doc. 35) is GRANTED in part and DENIED in part. Specifically, Plaintiff's claim for monetary relief against Defendants Wright, Williams, Binns, Grable, Harrison, Chase, and Goel in their official capacity is dismissed, while all other claims remain.

**SO ORDERED**, this 25th day of September, 2008.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SCS/ssh