THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **GERALD S. BLANCHARD, JR.,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action |
| : | No. 5:07-cv-241 (CAR) |
| **ALEXIS E. CHASE, WARDEN,** *et al.*, : | |
| : | |
| **Defendants.** : | |
| : | |
| _____ : | |

**ORDER ON THE REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

Before the Court is the United States Magistrate Judge's Recommendation that Defendants' Motion for Summary Judgment be granted. Plaintiff did not respond to the Motion for Summary Judgment and has not entered an objection to the Recommendation. Upon consideration of the Recommendation and the record of the case, the Court agrees with the findings and conclusions of the United States Magistrate Judge, and his Recommendation (Doc. 119) is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT**. For the reasons set forth therein, Defendants' Motion for Summary Judgment (Doc. 110) is **GRANTED**. The Clerk of Court is directed to enter judgment in favor of Defendants as to all claims.

It is SO ORDERED this 25th day of March, 2010.

                                            S/ C. Ashley Royal
                                            C. ASHLEY ROYAL, JUDGE
                                            UNITED STATES DISTRICT COURT

chw